Anna Agresta, as Administratrix, etc., Appellant, v. Federal Steam

Navigation Company of England, Respondent.— Motion denied. Thomas, Stapleton and Rich, JJ., concurred; Jenks, P. J., and Mills, J., dissented.